## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07CV6397
JUDGE PALLMEYER
MAG. JUDGE SCHENKIER**

In the Matter of

TARA F. BALDRIDGE, formerly known as TARA F. OWENS, on behalf of herself and the classes defined herein,
v.
PALISADES ACQUISITION XVI, LLC, and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Tara F. Baldridge

**FILED**

NOV 1 3 2007 *rq*
13
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)  Francis R. Greene | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)  s/ | |
| FIRM  Edelman, Combs, Latturner & Goodwin, LLC | |
| STREET ADDRESS  120 S. LaSalle St. 18th Floor | |
| CITY/STATE/ZIP  Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06272313 | TELEPHONE NUMBER  (312) 739-4200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |