AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TARA F. BALDRIDGE, formerly known as
TARA F. OWENS, on behalf of herself and the
classes defined herein,

V.

PALISADES ACQUISITION XVI, LLC, and
BLATT, HASENMILLER, LEIBSKER &
MOORE, LLC

CASE NUMBER: **07CV6397**
ASSIGNED JUDGE: **JUDGE PALLMEYER**
DESIGNATED MAGISTRATE JUDGE: **MAG. JUDGE SCHENKIER**

TO: (Name and address of Defendant)

BLATT, HASENMILLER, LEIBSKER & MOORE
125 S. Wacker Drive, Suite 400
Chicago, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St. 18th Floor
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

NOV 13 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 11/15/07 |
| NAME OF SERVER *(PRINT)* AARON COLLARD | TITLE PARALEGAL |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: 125 S. WACKER, CHICAGO, IL
SERVED ON MARK JOHNSON, LAWYER, EMPLOYED BY DEFENDANT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/15/07
              Date

*Signature of Server* [signed: Aaron Collard]

120 S. LASALLE ST. - 18TH FLOOR
*Address of Server*
CHICAGO, IL 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.