IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| Tara F. Baldridge, on behalf of herself and the classes defined herein formerly known as Tara F. Owens,<br><br>    Plaintiff,<br><br>v.<br><br>Palisades Acquisition XVI, LLC, et al.,<br><br>    Defendants. | Case No.: 1:07-cv-06397<br><br>Judge Rebecca R. Pallmeyer |

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**DEFENDANTS PALISADES ACQUISITION XVI, LLC AND BLATT, HASENMILLER, LEIBSKER & MOORE, LLC**

| | |
|---|---|
| SIGNATURE: /s/ *Stephen D. Vernon* | |
| FIRM  Hinshaw & Culbertson LLP | |
| STREET ADDRESS  222 N. LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6288676 | TELEPHONE NUMBER<br>312-704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

6259878v1 7048395

## CERTIFICATE OF SERVICE

    I, the undersigned, a non-attorney, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record.

By: s/*Peggy A. Michael*

**Daniel A. Edelman**
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
Email: courtecl@edcombs.com

**Cathleen M. Combs**
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
Email: ccombs@edcombs.com

**Francis Richard Greene**
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
Email: fgreene@edcombs.com

**James O. Latturner**
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
Email: jlatturner@edcombs.com

6259852v1 883647