IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARA F. BALDRIGE, formerly known as TARA F. OWENS, on behalf of herself and the classes defined herein, <br><br> Plaintiff, <br><br> vs. <br><br> PALISADES ACQUISITION XVI, LLC, et. al., <br><br> Defendants. | Case No. 07-CV-6042 <br><br> Judge Pallmeyer |

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendants, PALISADES ACQUISITION XVI, LLC and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, by one of their attorneys, Stephen D. Vernon, pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that this Court grant them a 28-day enlargement of time to file a responsive pleading to Plaintiff's Complaint, and in support thereof, state as follows:

1. Plaintiff's Complaint purports to state a class action claim under the Fair Debt Collection Practices Act against Defendants.

2. Defense counsel was recently retained and has filed an Appearance.

3. Defense counsel has been diligently investigating the allegations of Plaintiff's Complaint.

4. Defendants' responsive pleading is due on December 5, 2007.

5. Defendants hereby request an additional 28 days from December 5, 2007 to answer or otherwise respond to Plaintiff's Complaint, up to and including January 2, 2008.

6. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

7. Defense counsel has contacted Plaintiff's counsel regarding this motion and Plaintiff has no objection to the extension.

WHEREFORE, Defendants, PALISADES ACQUISITION XVI, LLC and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, respectfully request that this Court grant them a 28-day enlargement of time, up to and including January 2, 2008, to file a responsive pleading to the Plaintiff's Complaint.

Respectfully submitted,

By: s/Stephen D. Vernon
One of the Attorneys for Defendants,

David M. Schultz
Stephen D. Vernon
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
312-704-3000
dschultz@hinshawlaw.com
svernon@hinshawlaw.com

2

6259863v1 7048395