IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARA F. BALDRIDGE, on behalf of herself and the classes defined herein formerly known as Tara F. Owens,<br><br>Plaintiff,<br><br>v.<br><br>PALISADES ACQUISITION XVI, LLC, et al.<br><br>Defendants. | Case No.: 07-CV-06397<br><br>Judge Rebecca R. Pallmeyer |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on December 13, 2007 at 8:45 a.m. or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Rebecca R. Pallmeyer, or any judge sitting in his stead, in Courtroom 2119 at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present Defendants' Unopposed Motion For Enlargement of Time, a copy of which are hereby served upon you.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: s/*Stephen D. Vernon*
Attorneys for Defendants Palisades Acquisition XVI, LLC and Blatt, Hasenmiller, Leibsker & Moore, LLC

David M. Schultz, ARDC No. 6197596
Stephen D. Vernon, ARDC No. 6288676
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000

6259883v1 7048395

## **CERTIFICATE OF SERVICE**

      I, the undersigned, a non-attorney, certify that I filed this Notice and the document referenced herein through the Court's ECM/CF system, which will cause electronic notification of this filing to be sent to all counsel of record.

By: s/<u>*Peggy A. Michael*</u>

**Daniel A. Edelman**
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
Email: courtecl@edcombs.com

**Cathleen M. Combs**
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
Email: ccombs@edcombs.com

**Francis Richard Greene**
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
Email: fgreene@edcombs.com

**James O. Latturner**
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
18th Floor
Chicago, IL 60603
(312) 739-4200
Email: jlatturner@edcombs.com

6259883v1 7048395