IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARA F. BALDRIGE,<br>formerly known as<br>TARA F. OWENS,<br>on behalf of herself and<br>the classes defined herein,<br><br>          Plaintiff,<br><br>vs.<br><br>PALISADES ACQUISITION XVI, LLC,<br>et. al.,<br><br>          Defendants. | Case No. 07-CV-6042<br><br>Judge Pallmeyer |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

      Defendants, PALISADES ACQUISITION XVI, LLC and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, by one of their attorneys, Stephen D. Vernon, pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that this Court grant them a 14-day enlargement of time to file a responsive pleading to Plaintiff's Complaint, and in support thereof, state as follows:

      1.    Plaintiff's Complaint purports to state a class action claim under the Fair Debt Collection Practices Act against Defendants.

      2.    Defense counsel was recently retained and has filed an Appearance.

      3.    Defense counsel has been diligently investigating the allegations of Plaintiff's Complaint.

      4.    Defendants' responsive pleading is due on January 2, 2008.

      5.    Defendants hereby request an additional 14 days from January 2, 2008 to answer or otherwise respond to Plaintiff's Complaint, up to and including January 16, 2008.

6. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

7. Defense counsel has contacted Plaintiff's counsel regarding this motion and Plaintiff has no objection to the extension.

WHEREFORE, Defendants, PALISADES ACQUISITION XVI, LLC and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, respectfully request that this Court grant them a 14-day enlargement of time, up to and including January 16, 2008, to file a responsive pleading to the Plaintiff's Complaint.

Respectfully submitted,

By: s/Stephen D. Vernon
    One of the Attorneys for Defendants,

David M. Schultz
Stephen D. Vernon
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois  60601
312-704-3000
dschultz@hinshawlaw.com
svernon@hinshawlaw.com

6265984v1 883790