# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6397 | **DATE** | 1/2/2008 |
| **CASE TITLE** | Tara F. Baldridge vs. Palisades Acquisition XVI, LLC, et al | | |

**DOCKET ENTRY TEXT**

Defendants unopposed motion for enlargement of time [19] granted to and including 1/16/2008. Rule 16 conference set for 1/23/2008 at 9:00 a.m. to stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|