IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARA F. BALDRIDGE, formerly known as TARA F. OWENS, on behalf of herself and the classes defined herein, ) ) ) ) | |
| Plaintiff, ) | Case No.: 07 CV 6397 |
| ) | |
| v. ) | Judge Pallmeyer |
| ) | |
| PALISADES ACQUISITION XVI, LLC, and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, ) ) ) ) | Magistrate Judge Schenkier |
| Defendant. ) | |

## MOTION TO DISMISS

Defendants Palisades Acquisition XVI, LLC ("Palisades") and Blatt, Hasenmiller, Leibsker & Moore, LLC ("BHLM") by and through their attorneys David M. Schultz and Jennifer W. Weller move to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) and in support thereof attach their Memorandum of Law.

HINSHAW & CULBERTSON LLP

By: s/Jennifer W. Weller
    Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6273401V1 883790