# EXHIBIT A

```
TYPE MUNICIPAL        SHERIFF'S OFFICE OF COOK COUNTY

SHERIFF'S NUMBER 064424-201N  CASE NUMBER 06M1196515   DEPT.

FILED DT 12-11-2006 RECEIVED DT 12-12-2006 DIE DT 01-04-2007 MUL.
    DEFENDANT                              ATTORNEY
OWENS, TARA F                              BLATT, HASENMILLER
8742 S EAST END AV                         125 S WACKER DR
CHICAGO IL. 60617                          CHICAGO IL. 60606
                                           312 704-9440

PLAINTIFF HAWKER FINANCIAL CORP

SERVICE INFORMATION: 1/9  KS
```

****************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE NAMED DEFENDANT PERSONALLY.

.....2 SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE. SAID PARTY REFUSED NAME

.....3 SERVICE ON:  CORPORATION____ COMPANY____ BUSINESS____ PARTNERSHIP
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

.....4 CERTIFIED MAIL____

(B)  THOMAS J. DART, SHERIFF, BY: _____263_____, DEPUTY

   1 SEX __M/F__ RACE____ AGE____
   2 NAME OF DEFENDANT OWENS, TARA F
         WRIT SERVED ON _____N-S  NOT KNOWN_____

   THIS  2  DAY OF  JAN , 20 07 TIME  8:42  A.M./P.M.

ADDITIONAL REMARKS _____

****************************************************************************
THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG  BRK HSE                      ATTEMPTED SERVICES

NEIGHBORS NAME _____                DATE        TIME   A.M./P.M.

ADDRESS _____                       ____        __:__   ____

          REASON NOT SERVED:                ____        __:__   ____
                  ___07 EMPLOYER REFUSAL
___01 MOVED       ___08 RETURNED BY ATTY    ____        __:__   ____
___02 NO CONTACT  ___09 DECEASED
___03 EMPTY LOT   ___10 BLDG DEMOLISHED     ____        __:__   ____
___04 NOT LISTED  ___11 NO REGISTERED AGT.
___05 WRONG ADDRESS X 12 OTHER REASONS      ____        __:__   ____
___06 NO SUCH ADDRESS ___13 OUT OF COUNTY
                                            ____        __:__   ____

FEE  .00   MILEAGE  .00   TOTAL  .00                            SG23