# EXHIBIT

# B

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

HAWKER FINANCIAL CORP.

        Plaintiff

     vs.                          Case No. 06M1 196515

TARA F OWENS

        Defendant(s)

## MOTION

**SERVICE OF PROCESS** in this cause not having been made by the Sheriff, and the date of the Sheriff's return not found being pursuant to court records, _1-4-07_. Petitioner moves the court to order service of process to be made by: **BARRISTER INVESTIGATION & FILING SERVICE, CERTIFICATE NO., 117-000883, 1906 E. Cass St., Joliet, Illinois 60432.** (A person over the age of 18 and not a party to this action)

**UNDER PENALTIES** as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth herein are true and correct* or on information and belief certifies that he/she verily believes the same to be true.

FEB 20 2007
Date                                    Movant or Attorney for Movant

## ORDER

**IT IS HEREBY ORDERED** that **BARRISTER INVESTIGATION & FILING SERVICE, CERTIFICATE NO., 117-000883, 1906 E. Cass St., Joliet, Illinois 60432.** be and is appointed to make service of process in this cause.

Dated: _____
Enter: _____
          Judge              Judge's Number

**NOTE:** Copy of this motion must be delivered to the Sheriff of Cook County, Illinois, 24 hours prior to submitting the same to the court for an order. Prepare this motion in triplicate.

**THE AFFIDAVIT OF RETURN OF SERVICE** upon execution shall be stapled to the back side of the Court Summons and returned to court.

Blatt, Hasenmiller, Leibsker & Moore LLC
Attorney Number: 01237
125 S. Wacker Dr., Suite 400
Chicago, Illinois 60606
312-704-9440
Reference Number: 1819152

FEB 20 2007
Circuit Court

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**