# EXHIBIT C

# IN THE CIRCUIT COURT OF Cook COUNTY

CASE # 06m1196515  RETURN DATE 6-14-07
PLAINTIFF Hawker Financial Corp.
DEFENDANT Tara F. Owens
ADDRESS OF SERVICE 8742 S. East End Avenue, Chicago IL 60617
ATTORNEY(S) FOR PLAINTIFF Blatt, et al

I, DARRYL CHAVERS, THE UNDERSIGNED AFFILIATED WITH BARRISTERS STATE THE FOLLOWING: I AM ABOVE THE AGE OF EIGHTEEN. I AM NOT A PARTY TO THE ACTION. I CERTIFY THAT I HAVE SERVED THE DEFENDANT WITH A:

X SUMMONS/COMPLAINT ........ RULE TO SHOW CAUSE ....... SUMMONS AFTER CONDITIONAL JUDGEMENT

....... SUBPOENA ........ NOTICE OF MOTION ........ ORDER ....... WAGE DEDUCTION SUMMONS

....... PERSONAL SERVICE ON THE NAMED DEFENDANT

√ SUBSTITUTE SERVICE BY LEAVING COPY OF THE WRIT AT THE BELOW LISTED RESIDENCE WITH A PERSON OF THE AGE OF THIRTEEN YEARS OR OLDER AND INFORMING OF THE CONTENTS THERE OF AND WHO SERVICE IS FOR. A COPY WAS ALSO MAILED TO THE DEFENDANT AT HIS/HER PLACE OF ABODE IN A SEALED ENVELOPE, POSTAGE FULLY PREPAID ON 5-27-07

....... SERVICE ON: CORPORATION ..... COMPANY ..... BUSINESS .....
WRIT SERVED ON Michael Baldridge
RELATIONSHIP/TITLE Husband
SIGNATURE OF RECIPIENT X ................
DESCRIPTION OF PERSON SERVED: GENDER M RACE B APPROXIMATE AGE 40's
DATE OF SERVICE 5-27-07 TIME OF SERVICE 4:30 AM (PM)

....... THE NAMED DEFENDANT WAS NOT SERVED BECAUSE ................

ATTEMPTED SERVICE DATES:   DATE    TIME
                                   .......... am pm
                                   .......... am pm
                                   .......... am pm
                                   .......... am pm

STATE OF ILLINOIS DEPARTMENT OF REGISTRATION NUMBER 117-000883
STATE OF ILLINOIS PERMANENT EMPLOYEE REGISTRATION CARD NUMBER 0129253963

UNDER PENALTIES AS PROVIDED BY LAW PURSUANT TO S1-109 OF THE CIVIL CODE OF PROCEDURE, THE UNDERSIGNED CERTIFIES THAT THE STATEMENTS SET FORTH ARE TRUE AND CORRECT TO HIS/HER BELIEF.

SERVED BY ................ PROCESS SERVER'S SIGNATURE