# EXHIBIT D

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CIVIL DIVISION 1ST MUNIPICAL DISTRICT

PLAINTIFF: HAWKER FINANCIAL

V.

DEFENDANT: OWENS TARA F

====> CASE NUMBER: 06-M1-196515
====>
====> CLAIMED $   :   $2,903.97
====>
====> RETURN DATE: 06/14/2007
====>
====> COURT DATE : 06/28/2007
====>
====> ROOM & TIME: 1108   0930

APPEARANCE AND JURY DEMAND

GENERAL APPEARANCE  --  0904 - FEE WAIVED

THE LIST BELOW REPRESENTS THE APPEARANCE OF THE DEFENDANT

OWENS TARA F

_____
SIGNATURE

__ INITIAL COUNSEL OF RECORD          X PRO SE (SELF-REPRESENTED)
__ ADDITIONAL APPEARANCE              __ SUBSTITUTE APPEARANCE

PRO SE CODE: 99500

NAME       : OWENS TARA F
ATTY FOR   :
ADDRESS    : 8742 S EAST END
CITY/ST/ZP : CHGO              IL  60617
TELEPHONE  : 000-000-0000

*************************************************************************
*                            IMPORTANT                                  *
*                                                                        *
* ONCE THIS APPEARANCE FORM IS FILED, PHOTOCOPIES OF THIS FORM MUST BE SENT *
* TO ALL OTHER PARTIES NAMED IN THIS CASE(OR TO THEIR ATTORNEYS) USING EITHER *
* REGULAR MAIL, FACSIMILE TRANSMISSION(FAX) OR PERSONAL DELIVERY. (SEE   *
* ILLINOIS SUPREME COURT RULES 11 AND 13 FOR MORE INFORMATION.)          *
*************************************************************************

CERTIFY THAT A COPY OF THE WITHIN INSTRUMENT WAS SERVED ON ALL PARTIES WHO
VE APPEARED AND HAVE NOT HERETOFORE BEEN FOUND BY THE COURT TO BE IN DEFAULT
FAILURE TO PLEAD.

_Tara Baldridge_
PRO SE

BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS