# EXHIBIT E

TRIAL CALL ORDER                                                CCG- 1108

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT, FIRST DISTRICT, COOK COUNTY

LINE NO. 34

PALISADES ACQUISITION XVI, LLC
    Plaintiff

NO. 06M1 196515

vs.

TARA F OWENS

    Defendant

### TRIAL CALL ORDER

Present before the court: [ ] Plaintiff [ ] Defendant [ X ] Plaintiff's Counsel [ ] Defendant's Counsel
This matter having come before the court, the court having jurisdiction and being fully advised,

**IT IS HEREBY ORDERED:**

- [ ] (4213) Alias Summons to Issue for _____
- [ ] (4292) File Amended Complaint _____
- [ ] (4295) Take And Complete Discovery By _____
- [ ] (4234) File Counterclaim _____
- [ ] (4234) File Appearance / Jury Demand (Strike jury demand if not allowed) _____
- [ ] (4234) Answer or Otherwise Plead Within _____ days.
- [X] (4219, ~~Defendant~~ TARA F. OWENS is defaulted, cause set for
       ~~4247)~~ prove-up on ~~8/30/07~~ at ~~9:30AM Rm 1108~~ 9:30AM Room 1108
- [X] (4482) Set For Status 8-30-07 at 9:30 a.m. Room 9:30AM Room 1108
- [ ] (4482) Set For Trial _____ at 9:30 a.m. Room _____
- [ ] (8005) Case Dismissed For Want of Prosecution
- [ ] (8011) Case Dismissed By Agreement of Parties / No Costs [ ] With or [ ] Without Prejudice
- [ ] (4219, X-Parte Default Judgment for Plaintiff for $_____ v.
  8001,
  4293) with costs.
- [ ] 8001, Judgment is entered by agreement for $_____ v.
                                                                                                                                                               it
  9207) being further agreed that installment payments be made as follows: _____
- [X] ( ) Plaintiff shall notify defendant _____
- [ ] ( ) _____
- [ ] (9208) The Court finds no just reason for delay in enforcement or appeal of this judgment.
- [ ] ( ) See Attached Order.

Judge Margaret Ann Brennan

Attorney No. 01237A
Blatt, Hasenmiller, Leibsker & Moore LLC
Attorney for Plaintiff
125 S Wacker Drive, Suite 400
Chicago, Illinois 60606-4440
(312) 704-9440
Ref # 1819152

ENTER: JUN 21 2007
Circuit Court - 1846

Judge / Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

PLTOCJMI