# EXHIBIT F

Case 1:07-cv-06397 Document 23-7 Filed 01/16/2008 Page 1 of 2

Atty. No. 41106

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FIRST DISTRICT

| | | |
|---|---|---|
| HAWKER FINANCIAL CORP. | ) | |
| | ) | |
| Plaintiff, | ) | 06 M1 196515 |
| | ) | Amount claimed: $2,903.97 |
| | ) | and costs |
| | ) | |
| vs. | ) | Rm 1108 |
| | ) | |
| TARA F. OWENS, | ) | |
| | ) | |
| Defendant. | ) | |

### ADDITIONAL APPEARANCE

The undersigned hereby enter an additional appearance on behalf of defendant Tara F. Owens.

_____
Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Atty. No. 41106 (Cook)