IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARA BALDRIDGE, formerly known as TARA F. OWENS, on behalf of herself and the classes defined herein, ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PALISADES ACQUISITION XVI, LLC, and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC, ,<br><br>　　　　Defendant. | Case No.: 07 CV 6397<br><br>Judge Pallmeyer |

## RE-NOTICE OF MOTION

TO:　　courtecl@edcombs.com
　　　　dedelman@edcombs.com
　　　　ccombs@edcombs.com
　　　　jlatturner@edcombs.com
　　　　fgreene@edcombs.com

　　PLEASE TAKE NOTICE that on **January 23, 2008** at **8:45 a.m.** or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Rebecca R. Pallmeyer, or any judge sitting in her stead, in Courtroom 2119 at the U.S. District Court for the Northern District of Illinois, Eastern Division, and then and there present **Defendants' Motion to Dismiss and Memorandum in Support**, a copy of which are hereby served upon you.

　　　　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP

　　　　　　　　　　　　　　　　　　　　By:　s/Jennifer W. Weller
　　　　　　　　　　　　　　　　　　　　　　Jennifer W. Weller

David M. Schultz
Jennifer W. Weller
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
dschultz@hinshawlaw.com
jweller@hinshawlaw.com

6274377v1 883790

## **CERTIFICATE OF SERVICE**

    I hereby certify that on **January 18, 2008**, I electronically filed this **Certificate of Service** with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system reflecting service of **Motion to Dismiss** and **Memorandum in Support** to be served on:

TO:    courtecl@edcombs.com
           dedelman@edcombs.com
           ccombs@edcombs.com
           jlatturner@edcombs.com
           fgreene@edcombs.com

                                              HINSHAW & CULBERTSON LLP

                                        By:  s/Jennifer W. Weller
                                                  Jennifer W. Weller

David M. Schultz
Jennifer W. Weller,
Hinshaw & Culbertson LLP
222 N. LaSalle, Suite 300
Chicago, IL 60601
312-704-3000
dschultz@hinshawlaw.com
jweller@hinshawlaw.com