# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6397 | **DATE** | 1/23/2008 |
| **CASE TITLE** | Tara F. Baldridge vs. Palisades Acquisition S I, LLC, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Response to Defendants' motion to dismiss [21] to be filed by or on 2/13/2008; reply 2/27/2008.  Ruling set for 4/3/2008 at 9:00.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|