## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Tara F Baldridge

           Plaintiff,

v.                Case No.: 1:07−cv−06397
                 Honorable Rebecca R. Pallmeyer

Palisades Acquisition XVI, LLC, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 23, 2008:

  MINUTE entry before Judge Rebecca R. Pallmeyer :Rule 26(a)(1) disclosures to be made by 2/5/2008. Plaintiff is given to and including 5/23/2008 to amend all pleadings, and to 5/23/2008 to add any additional parties. Defendant is given to and including 5/23/2008 to amend all pleadings, and to 5/23/2008 to add any additional parties. Plaintiff shall comply with FRCP(26)(a)(2) by 6/23/2008. Defendant shall comply with FRCP(26)(a)(2) by 7/23/2008.Discovery ordered closed by 8/22/2008. Dispositive motions with supporting memoranda due by 9/23/2008. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.