# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6397 | **DATE** | 1/31/2008 |
| **CASE TITLE** | Tara F. Baldridge vs. Palisades Acquisition XVI, LLC, et al | | |

**DOCKET ENTRY TEXT**

Minute entry of 1/23/2008 [Doc. #27] is hereby vacated. Discovery schedule to be entered at the ruling on Defendants' motion to dismiss set for 4/3/2008 at 9:00.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|