**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TARA F. BALDRIDGE, | ) | |
| formerly known as | ) | |
| TARA F. OWENS, | ) | |
| on behalf of herself and | ) | |
| the classes defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 07 CV 6397 |
| | ) | Judge Pallmeyer |
| vs. | ) | Magistrate Judge Schenkier |
| | ) | |
| PALISADES ACQUISITION XVI, LLC, and | ) | |
| BLATT, HASENMILLER, LEIBSKER & | ) | |
| MOORE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**TO:**    (See attached service list.)

**PLEASE TAKE NOTICE** that on February 21, 2008 at 8:45 a.m., we will appear before Honorable Judge Pallmeyer in room 2119 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION.**

s/Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
       & GOODWIN, LLC
120 South LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Daniel A. Edelman, hereby certify that February 7, 2008, I filed the foregoing documents via the Court's CM/ECF system, which caused to be sent notification of such filing via electronic mail to the following parties:

David M. Schultz
dschultz@hinshawlaw.com

Jennifer W. Weller
jweller@hinshawlaw.com

Stephen D. Vernon
svernon@hinshawlaw.com

                                        s/Daniel A. Edelman
                                        Daniel A. Edelman