## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6397 | **DATE** | 2/20/2008 |
| **CASE TITLE** | Tara F. Baldridge vs. Palisades Acquisition XVI, LLC, et al | | |

**DOCKET ENTRY TEXT**

By agreement, Plaintiff's motion for class certification [29] is entered and continued to 4/3/2008 at 9:00.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|