IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TARA F. BALDRIDGE, formerly known as TARA F. OWENS, on behalf of herself and the classes defined herein,<br><br>      Plaintiff,<br><br>v.<br><br>PALISADES ACQUISITION XVI, LLC, and BLATT, HASENMILLER, LEIBSKER & MOORE, LLC,<br><br>      Defendant. | Case No.: 07 C 6397<br><br>Judge Rebecca Pallmeyer<br><br>Magistrate Judge Schenkier |

## NOTICE OF FILING

TO:   courtecl@edcombs.com
         dedelman@edcombs.com
         ccombs@edcombs.com
         jlatturner@edcombs.com
         fgreene@edcombs.com

     PLEASE TAKE NOTICE that on **February 27, 2008,** we caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's **REPLY IN SUPPORT OF MOTION TO DISMISS**, in connection with the above entitled cause, a copy of which is attached hereto.

                                                               Respectfully submitted,

                                                               HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>dschultz@hinshawlaw.com<br>jweller@hinshawlaw.com<br>Firm's #90384 | s/ *Jennifer W. Weller*<br>Jennifer W. Weller |

6288559v1 883790

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **February 27, 2008,** I electronically filed the above and foregoing **NOTICE OF FILING AND REPLY IN SUPPORT OF MOTION TO DISMISS** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

                                                       HINSHAW & CULBERTSON LLP

| | |
|---|---|
| David M. Schultz<br>Jennifer W. Weller<br>HINSHAW & CULBERTSON LLP<br>222 North LaSalle Street, Suite 300<br>Chicago, Illinois 60601<br>312/704-3000<br>312/704-3001 – facsimile<br>dschultz@hinshawlaw.com<br>jweller@hinshawlaw.com<br>Firm's #90384 | s/ *Jennifer W. Weller*<br>Jennifer W. Weller |

2

6288559v1 883790