# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6397 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Tara F. Baldridge vs. Palisades Acquisition XVI, LLC, et al | | |

**DOCKET ENTRY TEXT**

On the court's own motion, ruling on Defendants' motion to dismiss [21] set for 4/3/2008 is stricken and reset to 4/9/2008 at 9:00. Plaintiff's motion for class certification [29] is continued to 4/9/2008 at 9:00.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|