## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6397 | **DATE** | 4/9/2008 |
| **CASE TITLE** | Tara F. Baldridge vs. Palisades Acquisition XVI, LLC, et al | | |

**DOCKET ENTRY TEXT**

Ruling held. Motion to dismiss [21] granted. Plaintiff alleges that Defendant filed a lawsuit in the name of the then-owner of her debt and, several months later, sought to correct the caption for that lawsuit by means of a motion that referred to the matter as "misnomer." At a hearing on this motion, Plaintiff's counsel was unable to explain how these circumstances constitute a fale statement. Plaintiff has 21 days leave to file an Amended Complaint, if she can do so consistent with Rule 11. Plaintiff's motion for class certification [29] is denied without prejudice.

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | ETV |
|---|---|---|