# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6397 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Tara F. Baldridge vs. Palisades Acquisition X I, LLC, et al | | |

**DOCKET ENTRY TEXT**

On 4/9/2008, the court granted Defendants' motion to dismiss, allowing Plaintiff to file an Amended Complaint within 21 days. No Amended Complaint having been filed within the time set by the court's order, the case is dismissed with prejudice. Civil cased terminated.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|